# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDELKADER MORCELI,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>W. MEYERS, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:11-cv–00685-AWI-BAM PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION<br><br>(ECF Nos. 8, 13) |

　　　Plaintiff Abdelkader Morceli is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　On June 5, 2012, the Magistrate Judge filed findings and recommendations granting thirty days in which to file any objections to the findings and recommendations. (ECF No. 13.) More than thirty days have passed and no objections have been filed.

　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///
///
///
///
///

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations, filed June 5, 2012, is adopted in full; and
2. Plaintiff's motion for a preliminary injunction, filed September 9, 2011, is DENIED.

IT IS SO ORDERED.

Dated:  August 3, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE