UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDELKADER MORCELI,<br><br>  Plaintiff,<br><br>  v.<br><br>W. MEYERS, et al.,<br><br>  Defendants. | Case No.: 1:11-cv-00685-AWI-BAM PC<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO TAKE DEPOSITION OF PLAINTIFF VIA VIDEO CONFERENCE<br><br>(ECF No. 34.) |

Plaintiff Abdelkader Morceli ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on April 29, 2011.  This action is proceeding on Plaintiff's complaint against Defendant Meyers for violation of the Free Exercise Clause of the First Amendment and Equal Protection in violation of the Fourteenth Amendment. (ECF No. 25.)  The Court issued a scheduling order on December 17, 2012, and this action currently is in the discovery phase.  (ECF No. 30.)

On July 26, 2013, Defendant Meyer filed a motion seeking leave to depose Plaintiff, who is incarcerated at San Quentin Prison, by video conference.  Fed. R. Civ. P. 30(b)(4) (on motion, court may order that a deposition be taken by telephone or other remote means).  Defendant reportedly has served notice for Plaintiff's deposition to be taken August 15, 2013.  Defendant explains that because defense counsel is located in Sacramento County and Plaintiff is located in Marin County a video conference will eliminate unnecessary travel time and expenses.  (ECF No. 34.)

1

1  Good cause having been shown, Defendant's motion for leave to depose Plaintiff by video
2 conference is HEREBY GRANTED.

4 IT IS SO ORDERED.

5  Dated: **July 30, 2013**     /s/ *Barbara A. McAuliffe*
6                                                   UNITED STATES MAGISTRATE JUDGE