UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDELKADER MORCELI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>W. MEYERS, et al.,<br><br>　　　　Defendants. | Case No.: 1:11-cv-00685-AWI-BAM PC<br><br>ORDER GRANTING DEFENDANT'S MOTION TO COMPEL PLAINTIFF'S RESPONSES TO INTERROGATORIES AND REQUESTS FOR PRODUCTION  (ECF No. 36) |

　　　　Plaintiff Abdelkader Morceli ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on April 29, 2011.  This action proceeds on Plaintiff's complaint against Defendant Meyers for violation of the Free Exercise Clause of the First Amendment and Equal Protection in violation of the Fourteenth Amendment.  (ECF No. 25.)  The Court issued a scheduling order on December 17, 2012, and the deadline to complete discovery was August 17, 2013.  (ECF No. 30.)  The Court extended the discovery deadline on August 30, 2013, for the limited purpose of completing Plaintiff's deposition.  (ECF No. 39.)

　　　　Currently pending before the Court is Defendant Meyer's motion to compel Plaintiff's responses to interrogatories and requests for production, which was filed on August 16, 2013.  (ECF No. 36.)  Plaintiff did not file an opposition.

1

On June 24, 2013, Defendants served Plaintiff with a set of interrogatories and a set of requests for production of documents. Although Plaintiff's written responses were due on August 12, 2013, forty-five days after service, Plaintiff failed to respond. (ECF No. 36-1, Declaration of Jon S. Allin ¶¶ 2-3; Exs. A and B.) Where there has been a complete failure to respond, a party may move for an order compelling responses to interrogatories and requests for production of documents. Fed. R. Civ. P. 37(a)(3)(B). Given Plaintiff's complete failure to respond to discovery and this motion, Defendants' motion to compel Plaintiff's responses to interrogatories and requests for production is GRANTED. Plaintiff shall respond to Defendants' interrogatories and requests for production, without objection, within thirty (30) days after service of this order.

IT IS SO ORDERED.

Dated: **September 13, 2013**   /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE