# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDELKADER MORCELI,<br><br>    Plaintiff,<br><br>    v.<br><br>W. MEYERS, et al.,<br><br>    Defendants.<br>_____/ | Case No. 1:11-cv-00685-AWI-BAM PC<br><br>ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION WITHIN TWENTY-ONE DAYS<br><br>(ECF Nos. 44, 58) |

Plaintiff Abdelkader Morceli, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on April 29, 2011.  On November 4, 2013, Defendant Meyers, the sole defendant in this action, filed a motion for summary judgment. Fed. R. Civ. P. 56.  Following three extensions of time, Plaintiff's opposition was due on September 2, 2014.  To date, Plaintiff has not filed an opposition.

Pursuant to Local Rule 230(*l*), Plaintiff is HEREBY ORDERED to file an opposition or a statement of non-opposition to Defendant's motion within **twenty-one (21) days**.  **Plaintiff is warned that the failure to comply with this order will result in dismissal of this action, with prejudice, for failure to prosecute**.

IT IS SO ORDERED.

   Dated:   **September 8, 2014**                /s/ *Barbara A. McAuliffe*          
                                               UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28